

February 7, 2025

Hon. Judge Vera M. Scanlon
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **ABRAMSON v. LEFT FIELD, INC.
DOCKET NO. 1:24-cv-6162**

Dear Judge Scanlon:

The undersigned represents Paul Abramson, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy