UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

PAUL ABRAMSON, on behalf of himself and
all others similarly situated,

          Plaintiff,

-against-

LEFT FIELD NYC, INC.

          Defendants.
_____x

Civil Action No.

1:24-cv-6162

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

Plaintiff, Paul Abramson, and Defendant, Left Field NYC, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: March 13, 2025

By: _____*Gabriel Levy*_____

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

By: _____

David Stein, Esq.
   *Attorneys for Defendant*
Stein & Nieporent LLP
1441 Broadway
Suite 6090
New York, NY 10018
T: 212-308-3444
Dstein@steinllp.com

So Ordered,

/s/(ARR)

_____
ALLYNE R. ROSS, U.S.D.J.
3/14/25